FILED - GR
February 26, 2021 9:30 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: JW / 2-26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHRISTOPHER ALLAN BODEN, a/k/a "Captain,"    No. 1:21-cr-
LEESA BETH VOGT, a/k/a "Lis Bokt,"
a/k/a "Moose," and
DANIEL REYNOLD DEJAGER,
a/k/a "Daniel Reynold," a/k/a "Daniel Miester,"
a/k/a "Danichi,"

JEREMY TYLER SWINK,    No. 1:21-cr-

    Defendants.
_____/

**1:21-cr-43**
Robert J. Jonker
Chief U.S. District Judge

## NOTICE OF RELATED CASES

The United States of America, by and through Andrew Byerly Birge, United States Attorney, and Justin M. Presant, Assistant United States Attorney, submits that, pursuant to Western District of Michigan Local Criminal Rule 56.4(b)(iii), the above cases are related to each other because the two cases are based upon a substantial common nucleus of facts, events, or transactions. Swink is charged in an information alleging the same crime as Count 2 in the indictment returned against the other three defendants.

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

Dated: February 25, 2021        /s/ Justin M. Presant
JUSTIN M. PRESANT
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501
(616) 456-2404
justin.presant@usdoj.gov

O R D E R

The Court finds that the above cases are ~~related~~ / not related.

_____
Magistrate Judge Ray Kent