UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff, | CASE NO. 1:21-cr-00040-RJJ |
| v. | HON. ROBERT J. JONKER<br>United States Judge |
| LEESA BETH VOGT,<br>　　　　　　　　Defendant. | DEFENDANT'S PRETRIAL CONFERENCE SUMMARY STATEMENT |

Defendant <u>LEESA BETH VOGT</u> through counsel, submits the following initial pretrial conference statement.

I.　　**DISCOVERY**

　　[ ✓ ]　The defendant requests disclosure pursuant to Federal Rules of Evidence 404(b).

　　[ ✓ ]　The defendant [ ✓ ] will  [  ] will not provide reciprocal discovery.

II.　　**TRIAL**

　　[ ✓ ]　The defendant requests [ ✓ ] jury  [  ] non-jury trial.

III.　　**MISCELLANEOUS**

　　[ ✓ ]　Counsel for defendant is unaware at this time of any known conflict with counsel's representation of defendant.  Counsel will immediately advise the Court if any such conflict becomes known.

　　[  ]　Counsel for defendant is aware of the following potential conflict(s):
　　　　　_____
_____
_____ .

Date:  March 8, 2021

/s/ Matthew G. Borgula
Counsel for Defendant
60 Monroe Center Ave N.W.
Suite 500
Grand Rapids, MI 49503
616.458.5500