UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,                    No. 1:21-cr-40

                      Plaintiff,          Hon. Robert J. Jonker
v.                                          Chief United States District Judge

CHRISTOPHER ALLAN BODEN, a/k/a              Hon. Phillip J. Green
"Captain," LEESA BETH VOGT, a/k/a           United States Magistrate Judge
"Lis Bokt," a/k/a "Moose," and DANIEL
REYNOLD DEJAGER, a/k/a "Daniel
Reynold," a/k/a "Daniel Miester," a/k/a
"Danichi,"

                      Defendants.
_____/

# CERTIFICATE OF COMPLIANCE

I hereby certify that the Joint Partial Motion to Dismiss Indictment complies with the word-count limitations and the local rules of this Court. The brief contains 4,853 words of 12-point type. The word processing software used to prepare this brief was Microsoft word.

Dated: July 15, 2021                        /s/  Brian P. Lennon_____
                                            Brian P. Lennon (P 47361)
                                            Paul H. Beach (P82036)
                                            Warner Norcross + Judd LLP
                                            150 Ottawa Avenue, NW, Suite 1500
                                            Grand Rapids, MI 49503
                                            (616) 752-2000
                                            blennon@wnj.com
                                            pbeach@wnj.com

                                            *Attorneys for Defendant Christopher Boden*