UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 1:21–cr–40

v.                                Hon. Robert J. Jonker

LEESA BETH VOGT,

        Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Change of Plea Hearing
Date/Time:              October 6, 2021   10:00 AM
Chief Judge:           Robert J. Jonker
Place/Location:       699 Federal Building, Grand Rapids, MI


                                                ROBERT J. JONKER
                                                Chief United States District Judge

Dated:  September 23, 2021        By:   /s/ Susan Driscoll Bourque
                                                    Case Manager