## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** LEESA BETH VOGT  
**DISTRICT JUDGE:** Robert J. Jonker

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:21-cr-40 | 10/6/21 | 10 - 10:31 a.m. | Grand Rapids | |

### APPEARANCES

Government: Justin Presant  
Defendant: Matthew Borgula  
Counsel Designation: Retained

### TYPE OF HEARING
- ☐ Arraignment:
  - ☐ mute    ☐ nolo contendre
  - ☐ not guilty    ☐ guilty
- ☐ Final Pretrial Conference
- ☐ Detention   (waived ☐ )
- ☐ Motion Hearing
- ☐ Revocation/SRV/PV
- ☐ Bond Violation
- ☑ Change of Plea
- ☐ Sentencing
- ☐ Trial
- ☐ Other: _____

### DOCUMENTS
- ☐ Defendant's Rights
- ☐ Waiver of Indictment
- ☐ Other: _____

Court to Issue:
- ☐ Order of Detention
- ☑ Notice of Sentencing
- ☐ Order Appointing Counsel
- ☐ Other: _____

### CHANGE OF PLEA
Charging Document:
- ☑ Read    ☐ Reading Waived

Guilty Plea to Count(s) 19  
of the Indictment

Count(s) to be dismissed at sentencing: 1, 2, 18, 20-27

- ☑ Presentence Report Ordered
- ☐ Presentence Report Waived
- ☑ Plea Accepted by the Court
- ☐ Plea Taken under Advisement
- ☐ No Written Plea Agreement

### SENTENCING

Imprisonment: _____  
Probation: _____  
Supervised Release: _____  
Fine: $ _____  
Restitution: $ _____  
Special Assessment: $ _____

Plea Agreement Accepted:  ☐ Yes  ☐ No  
Defendant informed of right to appeal:  ☐ Yes  ☐ No  
Counsel informed of obligation to file appeal:  ☐ Yes  ☐ No  
Conviction Information:
- Date: _____
- By: _____
- As to Count (s): _____

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Continued on Bond | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Paul Brandell | **Case Manager:** S. Bourque |