UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 1:21–cr–40

v.                                Hon. Robert J. Jonker

LEESA BETH VOGT,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):  Sentencing
Date/Time:             February 17, 2022   04:00 PM
Chief Judge:          Robert J. Jonker
Place/Location:      699 Federal Building, Grand Rapids, MI


                                            ROBERT J. JONKER
                                            Chief United States District Judge

Dated:  October 6, 2021        By:   /s/ Susan Driscoll Bourque
                                                Case Manager