UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - -

UNITED STATES OF AMERICA,

          Plaintiff,          No. 1:21-CR-40-02

     vs.                           Hon. Robert J. Jonker
                                     Chief U.S. District Judge

LEESA BETH VOGT, A/K/A/ "Lis Bokt,"
a/k/a "Moose,"

          Defendant.
_____/

## ORDER OF FORFEITURE FOR A MONEY JUDGMENT

The government's Motion for an Order of Forfeiture for a Money Judgment details the procedural and factual predicate for the entry of the requested order. The record fully supports the recitals in the government's motion. Accordingly, based on all matters of record, IT IS ORDERED that:

1.    Defendant Leesa Beth Vogt shall forfeit to the United States the sum of $62,711 in United States currency pursuant to 31 U.S.C. § 5317.

2.    The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

3.    Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Order of Forfeiture shall become final as to Defendant Leesa Beth Vogt at the time of sentencing, and shall be made part of the sentence and included in the judgment.

4.    This Court to retain jurisdiction over this matter for the purpose of

1

amending the Order of Forfeiture to include any subsequently located substitute assets.

**SO ORDERED.**

Dated: _____      _____
                                                                      ROBERT J. JONKER
                                                                      Chief United States District Judge