# EXHIBIT A

Dear Judge Jonker,

I am writing this letter in support of my friend Lis Bokt, so that you may better understand the impact she has on her immediate and larger community.

I have known Lis for probably well over ten years (since before I left Michigan to the west coast where I live now). While we were primarily acquaintances while I lived in Michigan, our friendship significantly grew as we connected over various similar interests that became more apparent as we were connected on social media. We have been communicating on a near daily basis since maybe 20214 or 2015? It's been so long I can barely remember when we transitioned into being constantly connected.

Lis is a curious, creative yet empirically driven person. This combination of attributes is central to the impact she has on others.

Here are some examples:

Prior to the beginnings of the Covid-19 outbreak, Lis and I had both read and talked about the 1917-1919 "Spanish Flu". That happened before we even had any idea that Covid-19 started. When we both saw the initial rumblings of a possible pandemic we came back to each other to consider what might be coming at our society at large. Despite what was being reported in the news we predicted early on that if the virus wasn't curbed early enough, we were likely facing a 2+ year pandemic battle (we figured this due to having gone searching for more info on the "Spanish Flu" and other mass illnesses). We talked daily in those early months about how it would be important to have a local, personal community impact to get others on board with understanding the threat of mass illness and also to encourage buy in to take the measures that would help keep people safe.

Due to Lis's immunological health challenges, she was an ideal candidate to participate in the early vaccine trials. She did not tell me about participating until she was able to do so, as I believe that may have been a stipulation of participating. Being part of that trial was important, because you can not have solutions to a new illness without people willing to participate in the research.

As a result of that experience, as well as her commitment to learning so that she could be a translator of the evolving scientific knowledge and recommended remedies Lis helped save lives. I know that Lis made it a priority to educate others in her personal community (those with less access to the skills and viable information) about best practices and their options to stay safe. She made posts on her social media. She had conversations in person and by digital methods with anyone who would listen. And what's more she did it without treating people like they were stupid. In an era where many folks were engaging in manipulative communication tactics, Lis was taking great care to present invaluable information with as much empathy and humanity as possible. I am confident this information helped people decide to get vaccinated who might have otherwise hesitated, to wear masks and follow distancing protocols when it was the primary safety measures that made sense. I am confident that Lis helped save lives. She has told me numerous stories and shared screenshots of texts and direct message conversations about the folks who have asked her questions about concerns related to the pandemic, whom have told her that she is the reason that they decided to take a specific action such as getting vaccinated.

On a personal level, Lis has had a very big impact. Being able to talk to her daily has helped keep me mentally and emotionally stable through out the pandemic, as well as through a number of various personal challenges in the years prior.

When I simply think of her health issues, I have a little freak out that something would happen to her and we wouldn't be able to talk regularly any more. I truly value her input on a variety of things daily: from creative pursuits, to relationship challenges, business strategies to pondering existential theories.

I believe I can trust Lis for an honest opinion on whatever I bring to her because I have seen and appreciate the level of thought that she puts into considering pros and cons of situations. I significantly value her ability to see big picture and also the details. I value her ability to do her own personal introspection, which I believe informs her ability to advise on things she knows about and even things she doesn't.

I don't have appropriate words to describe the amount I value her ability to explain things to others in ways that doesn't diminish their intelligence or over value her own intelligence. For example: how Covid works and best course of action, what's been going on in the greater context of socio-political actions (she has lots of global political knowledge that I find incredibly impressive and helpful to gain context about current events), how to do creative business work, how to deal with interpersonal social exchanges, how to deal with doctors and complex health problems (just to name a few contexts).

The most important thing I feel you need to know is that Lis functions at a personal level always with a goal to cut through noise and distractions in order to help others around her too be able to tangibly take informed action vs being scrambled by the noise or redirected by logical fallacies. I don't know anyone else personally who is able to do this kind of thinking and analysis other than maybe myself, and I think she does it better then I do.

I am not entirely up to date on all of the specific details of this case and I understand that Lis has already plead guilty. So I want to be clear that I understand that.

I would like to finish by sharing that being a curious, creative yet empirically driven person does not mean you know everything. In fact I think Lis would be one of the first persons to admit that she knows enough to know she does NOT know everything.

I understand that Lis has plead guilty to the charge against her. But I do not believe that Lis is a future risk to the community. If you're not driven to be an early adopter or entrepreneur, it may be hard to empathize with all of the risks that come with potentially rewarding situations like running your own online business, or jumping into a vaccine trial for a new virus strain, or navigating crypto.

Her creativity, organizational skills, her courage to be fearless are all attributes on which Lis' community relies. We need her to lead by example, showing us that something can be made out of an opportunity, before it's even the "clear safe path" is even mapped.

If you need more information or wish to speak to me directly, you can email me at nichole@redfishviral.com or call or text: 231-629-2510.

Sincerely,

Nichole Nadkarni
4211 Adeline St
Emeryville, CA 94608