# EXHIBIT B

February 2, 2021

RE: Lis Bokt

To the Honorable Judge Robert J. Jonker,

My name is Edmund Resor. I am a mechanical engineer, originally from New York, currently working as a CMM Operator at Die Tech in Grand Rapids, MI. I became a member of The Geek Group in 2012 while I was pursuing my Bachelors of Science in Mechanical Engineering at Worcester Polytechnic Institute. I first met Lis when I came to volunteer at the Geek Group in the summer of 2013. From the moment she picked me up from the airport, she made me feel like part of the Geek Group community. Being a part of the Geek Group for that summer showed me that I could make a difference in peoples' lives with my engineering skills.

After graduating from WPI, in 2018, I moved to Grand Rapids so I could be a full-time volunteer at the Geek Group. Through the Geek Group, I got to know more of the Grand Rapids community. I even found a job through the Geek Group. It was Lis who recommended me to my current employer, and I continue to work for the same company, four years later.

Lis and her husband have remained good friends of mine in Grand Rapids. During the pandemic they have been some of a few friends I've been able to see in socially distanced settings, like their backyard. Lis has applied her science background to deeply understand the pandemic and explain it to me and others. She has also helped many people get vaccine appointments. This is not a surprise to anyone who knows Lis and her deep commitment to her friends and the Grand Rapids community.

I am aware that Lis Bokt has pleaded guilty to her involvement in the case. I hope that this letter helps illustrate how she has made a positive impact on many of those around her, including myself.

Respectfully yours,

Edmund C. Resor,

538 Bond Ave NW, Grand Rapids MI, 49503
ECRresor@gmail.com | 646-831-7350