# EXHIBIT C

To The Honorable Judge Robert J. Jonker .

My name is Ran Baumwollspinner I am an Audio Restorer , Mastering Engineer and An Inventor .

I would like to share with you my acquaintance with Ms Leesa beth Vogt (Lis Bokt).

I have first come to acknowledge Ms. Vogt  in the early 2000s .
I was looking for information about Tesla coils and they should accident I found a website called the Geek Group .
Among the people involved in this website I come across A super intelligent person kind and modest by the name of Lis Bokt .

She was and still is a very important person in my life , an inspiration for many including myself.

We first met in person in December 2019 when Lis Bokt Arrived for a short visit in Israel .

Up to that moment I never knew Lis is mostly deaf , nor felt it in our time together.
She overcome tremendous health issues with grace and tranquility one can never know just how much she suffer.

While Lis was visiting Israel I had the pleasure of having some time with her.
 I got to know  a very warm person, deep , understanding, honest and clever.
 I had invited her to my house to meet my family, my son liked her deeply and still talks about her till this day.
 she left a very Positive impression on him and my wife as well.

I have seen Lis helping others numerous times helping to raise awareness to several health conditions using her talents in art and science to creat a movement that accepts every one and treat them all in an   equal respectable manner.

Lis have open her heart and house to everyone who is in need .

While working with Chris Boden and many others she contributed her skills and hard work to build a wonderful place in which everyone no matter their ethnicity , sex or religious can come and create, study and experiment.

I am personally suffering from several severe health conditions and been able to share knowledge with Lis been a god send to me .
I deeply thank her for being the wonderful , understanding and patient person that she is.


Sincerely yours.

Ran  Baumwollspinner
18 Remez St.
Kiryat - Ono
Israel
Zip: 5521218
Phone : +972-544804290
Email : ran@brkm.co.il