# EXHIBIT E

Honorable Chief Judge Robert J. Jonker
United States District Court
Western District of Michigan
685 Federal Bldg.
110 Michigan St NW
Grand Rapids, MI 49503

Re: Character Statement for Lis Bokt

6 February 2022

    My name is Steven Bellettini. I work as an animator and science communicator in Grand Rapids. I have known Lis Bokt for just over ten years. I worked with her at the NSI for most of that time. Lis has supported me in one way or another for almost as long as I've known her, frequently giving me a place to stay free of charge. My partner Elizabeth and I don't usually make enough off of our business to afford rent in this town. Thus, Lis continuing to house us (and our small studio space) is presently the only way we can keep going.

    Lis has been of help to me in less dire ways as well. She frequently cooks enough food for everyone in the house. She replaced my tablet after someone broke into her car to steal it. If I need advice or guidance with things like navigating the healthcare system, Lis has experience and can at least tell me where to start.  I know Elizabeth had her help setting up the LLC which is now our livelihood. Over the years she helped several of the NSI staff in a similar capacity, such as getting healthcare or food assistance. She's helped most of us move house at least once. If you didn't know what to do, Lis would.

    When it came to operating the NSI, Lis was indispensable. I won't reiterate the chronic difficulties the lab had keeping the lights on, except to say that it was Lis who literally did so, making sure the bills got paid. Add to this that practically every day she'd get pulled away from grant writing or one of her myriad other responsibilities to instruct a member or to pitching in with whatever manual labor was underway. She tried to find ways to raise morale and make the staff feel appreciated, like taking groups of us out to eat. She was a good instructor, especially able to be patient with children or older people. Being one of the few constants in an organization with fairly high turnover, Lis wound up fielding common questions about what to do or where things were. It became a persistent problem, actually. People would bypass the front desk to find Lis, because they knew she'd be able to help--not appreciating that they were interrupting her mission-critical work. People found her approachable, but if they abused that by being a busybody or a bigot, she could quickly and efficiently show them the door. I know it was all enormously stressful for her.

    Since the lab closed, she's continued working as a photographer and in her etsy shop, which seem to be doing well.  I remember someone she knew had a bill they couldn't afford, and Lis simply sent the money they needed. A friend of hers has struggled with anxiety throughout the pandemic, and Lis has done what she could to alleviate it. Lis was among the first people to get

the COVID vaccine, and allayed at least a few people's fears about it just by talking with them. If I had her health problems, I doubt I'd be able to accomplish half of what she does in a day. She's one of the kindest, most generous people I know. Should you have any questions, or need any clarification, please do not hesitate to contact me directly.

Sincerely,
Steven Bellettini
3101 Springbrook Dr. NW
Grand Rapids, MI 49504
bellettinisteven@gmail.com
(616)706-0280