# EXHIBIT F

*Character Statement for Leesa Beth Vogt*

29 January 2022

To the Honorable Chief Judge Robert J. Jonker:

My name is Rebecca Takacs-Britz, and I am a nonprofit organizational management professional, and I have been working in the field of nonprofit fund development since 2007. Prior to my current role as Development Manager of SLD Read, I served as the Director of Institutional Advancement at The National Science Institute (formerly The Geek Group National Science Institute, henceforth referred to as TGG/NSI). It was through this professional role that I became acquainted with Leesa (Lis) Vogt. I am writing this letter today to vouch for Lis's character, morals, and integrity.

I have known Lis for close to five years, and in this time she has gone from serving as my supervisor to becoming one of my closest friends and mentors. Lis is the type of person who sees the good in others, and strives to live a life of creating kindness amidst the chaos of the world we currently live in. Shortly after I began working at The National Science Institute, I lost my biological mother to suicide. I was nearly 35 weeks pregnant, had been working for her for less than six weeks, and there was not even a hint of hesitation from her when I told her I needed to leave. She didn't press for explanations, she didn't demand a return-to-work plan, she simply let me know that her phone would be on if I needed anything.

After returning from my maternity leave, Lis truly made it possible for me to balance my job and my duties as a mother. She was the type of executive director who wasn't afraid to get her hands dirty, whether that meant unloading a truck of donations, or changing a terrible newborn diaper while I was meeting with donors. She helped create a safe, welcoming, and educational environment for my son to thrive in while I worked. And for that gift I will be eternally grateful.

After I departed The National Science Institute, Lis continued to be the type of friend to show up when she was needed. She didn't hesitate to offer to host a table at a fundraiser for my next job, she's always the first to offer a gift-in-kind donation of her artwork for silent auctions, and will pick up tasks like digitizing signatures for other nonprofits at no cost because in her eyes, it's simply the right thing to do. At the first peak of COVID in April 2020, she was waiting in the hospital parking lot the morning I was scheduled to give birth with a gift basket for our new daughter. And after we brought our baby home in such an uncertain world, she was at our house to take newborn photos- and captured precious images of our senior dog who we lost to cancer just weeks later. She's attended countless birthday parties for our kids, and often will stop by with something she's whipped up in her art studio because she was thinking of our family and just wanted to brighten our day.

*Character Statement for Leesa Beth Vogt*



(Lis with my son Louie at his 4th birthday party, October 2021)

I think the most impactful aspect of Lis's giving nature is the fact that she lives a life of service to others despite myriad chronic illnesses. I often joke with her that she was made of "spare parts and sadness", and truly I have neve met someone with as many health struggles as she has that remains so positive and so concerned for others. She spends her days going from doctor to doctor, traveling out of state for rare disease consults, and yet still finds a way to offer tender, loving friendship to those around her- even when those acts of kindness put her at risk of severe illness or complications from her medical issues.

She speaks openly on the internet about her medical issues, and has taught countless numbers of people about the conditions she deals with, and more importantly, how to advocate for yourself as a patient. I have no doubt in my mind that the knowledge of her lived experiences that she has shared with others have saved countless lives at this point.

Despite the world-class healthcare available in West Michigan, Lis has found herself needing to consult with doctors at U of M, and more recently at the Cleveland Clinic where she is now receiving ongoing care that she frequently must travel for. I have watched her fight for several years to find a medical team that understands the complexities of her body, and the unique ways in which several of her conditions interact. Access to these experts have made noticeable improvements on her quality of life, and I worry what her quality of life would look like if she were to no longer have on-demand access to this care team.

In closing, I know that Lis is genuinely remorseful for the crimes she has committed. I haven't written this letter to make light of the serious nature of what occurred with her involvement with Bitcoin. Rather, I wanted to offer some insight as to who Lis is as a person, outside of this entire

*Character Statement for Leesa Beth Vogt*

situation. Because while the crimes committed are serious, Lis is truly one of the most selfless, caring, transparent, and honest people that I have ever met. I would trust her with my life, and with the lives of my children without a second thought. **Lis is a good person who made a bad decision with cryptocurrency, and who is deserving of a life that isn't limited further by her illnesses. In light of this, I hope that you can find it in your heart to exhibit leniency and a downward departure from the sentencing guidelines for the sake of her health.**

Should you have any questions, or need any clarification, please do not hesitate to contact me directly.

Respectfully submitted,

Rebecca L. Takacs-Britz
250 Valley Ave SW
Grand Rapids, MI 49504
(219) 241-0974