UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,

v.

CHRISTOPHER ALLAN BODEN,

            Defendant.

No. 1:21-cr-40

Hon. Robert J. Jonker
Chief United States District Judge

Hon. Phillip J. Green
United States Magistrate Judge

/

## CERTIFICATE OF CONCURRENCE REGARDING CHRISTOPHER BODEN'S UNOPPOSED MOTION FOR MODIFICATION OF BOND CONDITION

Pursuant to W.D. Mich. Cr. R. 12.4, undersigned counsel for Defendant Christopher

Allan Boden conferred with Assistant U.S. Attorney Justin Presant, as to whether the United

States Attorney's Office would oppose the Joint Motion for Ends of Justice Continuance.  AUSA

Presant informed counsel that the United States does not object to the requested relief.

Dated:  February 22, 2022

/s/ Brian P. Lennon
Brian P. Lennon (P 47361)
Paul H. Beach (P82036)
Warner Norcross + Judd LLP
150 Ottawa Avenue, NW, Suite 1500
Grand Rapids, MI 49503
(616) 752-2000
blennon@wnj.com
pbeach@wnj.com

*Attorneys for Defendant Christopher Boden*