# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** LEESA BETH VOGT  
**DISTRICT JUDGE:** Robert J. Jonker

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:21-CR-40-02 | 2/24/2022 | 11:00 am - 12:13 pm | Grand Rapids | |

### APPEARANCES

- **Government:** Justin Matthew Presant
- **Defendant:** Matthew Borgula
- **Counsel Designation:** Retained

### TYPE OF HEARING
- [ ] Arraignment:
  - [ ] mute
  - [ ] nolo contendre
  - [ ] not guilty
  - [ ] guilty
- [ ] Final Pretrial Conference
- [ ] Detention (waived __)
- [ ] Motion Hearing
- [ ] Revocation/SRV/PV
- [ ] Bond Violation
- [ ] Change of Plea
- [✓] Sentencing
- [ ] Trial
- [ ] Other: ___

### DOCUMENTS
- [ ] Defendant's Rights
- [ ] Waiver of Indictment
- [ ] Other: ___

Court to Issue:
- [ ] Order of Detention
- [ ] Notice of Sentencing
- [ ] Order Appointing Counsel
- [✓] Other: Judgment

### CHANGE OF PLEA
Charging Document:
- [ ] Read
- [ ] Reading Waived

Guilty Plea to Count(s) ___  
of the ___

Count(s) to be dismissed at sentencing: ___

- [ ] Presentence Report Ordered
- [ ] Presentence Report Waived
- [ ] Plea Accepted by the Court
- [ ] Plea Taken under Advisement
- [ ] No Written Plea Agreement

### SENTENCING

- **Imprisonment:** ___
- **Probation:** 4 years
- **Supervised Release:** ___
- **Fine:** $ waived
- **Restitution:** $ ___
- **Special Assessment:** $ 100.00

- **Plea Agreement Accepted:** [✓] Yes [ ] No
- **Defendant informed of right to appeal:** [✓] Yes [ ] No
- **Counsel informed of obligation to file appeal:** [✓] Yes [ ] No

Conviction Information:
- Date: 10/6/21
- By: Plea
- As to Count(s): 19

**ADDITIONAL INFORMATION:**  
Remaining counts as to defendant dismissed on motion of the government.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| | $ |

**CASE TO BE:**  
**TYPE OF HEARING:**

**Reporter/Recorder:** Paul Brandell  
**Case Manager:** Y. Carpenter